| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| JADA A. FOBBS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:10-CV-351 |
| | § | |
| CHRISTUS ST. MARY HOSPITAL, ET AL., | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to General Order 05-07 entered on June 30, 2010. The court has received and considered the report of the United States magistrate judge, who recommends that the court deny plaintiff's application to proceed *in forma pauperis* and dismiss this action as improvidently filed unless plaintiff pays the filing and service fee in full. No objections have been filed.

The magistrate judge's report is, therefore, **ADOPTED** and plaintiff's motion for leave to proceed *in forma pauperis* (Docket No. 2) is **DENIED**. In recognition of plaintiff's presumedly good-faith assertion of difficulty paying the filing fee, however, she will be given an extended time of sixty (60) days to pay. It is, therefore, further

**ORDERED** that plaintiff shall tender the fee established by law for filing a civil action ($350.00) on or before **November 8, 2010**. If the filing fee is not tendered to the Clerk of Court within the extended time established, this action may be dismissed.

SIGNED at Beaumont, Texas, this 13th day of September, 2010.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE